# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

AARON JOSEPH CUNNINGHAM,

_____
*Plaintiff*

v.

TWO UNKNOWN NAMED AGENTS OF FEDERAL
BUREAU OF NARCOTICS,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 30, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   2:19-CV-00318-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other:   This action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28
U.S.C. §§ 1915(e)(2) and 1915A(b)(1).  Judgment of dismissal is hereby entered.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge          Salvador Mendoza, Jr. _____

Date:  January 30, 2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____